**ILLINOIS CENTRAL RAILROAD CO.,**
Appellant

v.

**Richard FERGUSON.**

No. 17373.

United States Court of Appeals
Eighth Circuit.

July 8, 1963.

Arnot L. Sheppard, St. Louis, Mo., for appellant.

H. Jackson Daniel, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without prejudice on stipulation of parties.

**Howard JAMISON, Administrator of the Estate of Leonard Palumbo, deceased,**

v.

**CITY OF PITTSBURGH, PENNSYLVANIA, a municipal corporation,**
Appellant.

No. 14343.

United States Court of Appeals
Third Circuit.

Argued June 18, 1963.

Decided July 31, 1963.

Robert Engle, Asst. City Solicitor, Pittsburgh, Pa. (David W. Craig, City Solicitor, Pittsburgh, Pa., on the brief), for appellant.

James E. McLaughlin, Pittsburgh, Pa. (William C. O'Toole, McArdle, Harrington & McLaughlin, Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and STALEY and FORMAN, Circuit Judges.

PER CURIAM.

An examination of the record and a consideration of the briefs and the oral arguments of the parties convinces us that the appeal is without merit and that the case has been decided correctly. Accordingly, the judgment will be affirmed.

**Harlan J. LARRIVEE, Appellant**

v.

**MINNESOTA MUTUAL LIFE INS. CO.**

No. 17402.

United States Court of Appeals
Eighth Circuit.

July 26, 1963.

Walter W. Laidlaw, Minneapolis, Minn., for appellant.

Frank Claybourne, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of the appellant on motion of appellee.